**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**TERRY WILLIAMS and wife**
**JOYCE ORDWAY, PLAINTIFFS,**

**VS. CIVIL ACTION NO. 2:04CV260-P-A**

**STATE FARM INSURANCE COMPANY**
**and NATHAN MOORE, DEFENDANTS.**

**AND**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, CROSS-PLAINTIFF,**

**VS.**

**NATHAN MOORE, CROSS-DEFENDANT.**

**DEFAULT JUDGMENT**

This matter comes before the court upon State Farm Mutual Automobile Insurance Company's Motion for Default Judgment [31-1]. Upon due consideration of the motion, the court finds as follows, to-wit:

For the same reasons discussed in the Report and Recommendation submitted by U.S. Magistrate Judge S. Allan Alexander, which the undersigned adopts and incorporates herein, the motion for default judgment for State Farm Mutual Automobile Insurance Company against Nathan Moore should be granted on its merits. Nathan Moore was given ten days to file objections to the Report and Recommendation which was entered on November 8, 2005 and no objections were filed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) State Farm Mutual Automobile Insurance Company's Motion for Default Judgment [31-

1] is **GRANTED**; thus,

(2) Judgment in favor of State Farm Mutual Automobile Insurance Company against Nathan Moore for State Farm Mutual Automobile Insurance Company's cross-claims against him is hereby **GRANTED**.

**SO ORDERED** this the 2nd day of December, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE